**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| CHARLES THOMAS JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN SHAWN PHILLIPS,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-CV-034-KAC-MJD |

**MEMORANDUM AND ORDER**

Petitioner Charles Thomas Johnson, a state prisoner, filed a pro se petition for habeas corpus relief under 28 U.S.C. § 2254 challenging his 2018 Lincoln County, Tennessee, convictions [Doc. 1]. Now before the Court are (1) Petitioner's motion for Respondent's answer or a status update [Doc. 10]; (2) Respondent's motions for extension of time to file an answer to the Petition [Docs. 12, 13]; and (3) Respondent's motion to waive the requirement to file the entire state court record [Doc. 17]. The Court addresses each Motion below.

***First***, the Court **GRANTS** Petitioner's motion for Respondent's answer or a status update [Doc. 10] to the extent that pursuant to the Court's prior order, [*see* Doc. 11], Respondent has filed a pleading responsive to the petition, [*see* Doc. 15]. ***Second***, with no opposition, the Court **GRANTS** Respondent's motions for an extension of time to file a response to the petition and the state court record [Docs. 12, 13]. *See* E.D. Tenn. L.R. 7.2. And the Court receives (1) the state court record [Doc. 14] and (2) Respondent's motion to dismiss [Doc. 15] as timely filed. ***Third***, with no opposition, the Court **GRANTS** Respondent's motion to waive the filing of the entire state court record [Doc. 17]. *See* E.D. Tenn. L.R. 7.2.

**SO ORDERED.**

**ENTER:**

/s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge